UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LORI SIMPSON and JOHN SIMPSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO.: 1:12-CV-177 APR |
| ) | |
| HOOK-SUPERX, L.L.C. d/b/a CVS and ) | |
| CVS PHARMACY, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties, by counsel, having filed their *Motion to Dismiss the Claims of Lori Simpson without Prejudice* (DE 29)*,* and the Court having reviewed the Motion and being duly advised, hereby GRANTS said Motion.  The claims of Lori Simpson are DISMISSED WITHOUT PREJUDICE. All other claims hereby remain STAYED pending the resolution of Lori Simpson's claim in the United States Court of Federal Claims, Office of Special Masters, requesting compensation under the National Vaccine Injury Compensation Program.

SO ORDERED this 5th day of December, 2012.


/s/ Andrew P. Rodovich

United States Magistrate Judge