UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LORI SIMPSON and JOHN SIMPSON, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HOOK-SUPERX, L.L.C. d/b/a CVS )<br>and CVS PHARMACY, INC., )<br>)<br>Defendants. ) | CASE NO. 1:12CV177 RLM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by counsel, and hereby stipulate and agree that the within action is dismissed with prejudice, against all parties, the same having been fully compromised and settled, costs paid.


THEISEN BOWERS & ASSOCIATES, LLC        BARRETT & McNAGNY LLP


By  /s/ John C. Theisen                         By  /s/ Kevin K. Fitzharris
    John C. Theisen, Esq.                          Kevin K. Fitzharris, Esq.
    Nathaniel O. Hubley, Esq.                       215 East Berry Street
    Marie M. Kolp, Esq.                               P.O. Box 2263
    810 South Calhoun Street, Suite 200        Fort Wayne, IN  46801-2263
    Fort Wayne, IN  46802

*Attorneys for Plaintiffs*                         *Attorneys for Defendants*