UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LORI SIMPSON and JOHN SIMPSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No.: 1:12-cv-177 |
| | ) |
| HOOK-SUPERX, LLC d/b/a CVS and | ) |
| CVS PHARMACY, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the Stipulation of Dismissal with Prejudice [DE 31] filed by the parties on January 27, 2015.  The court, being duly advised in the premises, hereby **DISMISSES** this cause **WITH PREJUDICE**, costs paid.  This case is now closed.

ENTERED this 27th day of January, 2015.

/s/ Andrew P. Rodovich
United States Magistrate Judge